CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
HUMBERTO MORAN-TORRES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO MORAN-TORRES,<br><br>Defendant. | Case No.: 10-231 EJG<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   August 12, 2010<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Michael Anders, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant HUMBERTO MORAN-TORRES, that the status conference scheduled for August 12, 2010, at 10:00 a.m., be vacated and the matter continued to this Court's criminal calendar on September 10, 2010, at 10:00 a.m. for further status conference. Defense counsel seeks additional time to prepare and confer with Mr. Moran-Torres.

    IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED: August 11, 2010

/S/     Michael Anderson_____
MICHAEL ANDERSON
Attorney for Plaintiff


/S/     Clemente M. Jiménez_____
CLEMENTE M. JIMÉNEZ
Attorney for Ramiro Gonzalez

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for August 12, 2010, at 10:00 a.m., be vacated and the matter continued to September 10, 2010, at 10:00 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 11th day of August, 2010

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge