BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. S-10-231 EJG |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| HUMBERTO MORAN-TORRES, aka Roberto Torres, | |
| Defendant. | |

   IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Clemente Jimenez, attorney for defendant HUMBERTO MORAN-TORRES, that the status conference of September 10, 2010 be vacated, and the matter be set for status conference on October 1, 2010 at 9:00 a.m.

   The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

///

1

IT IS STIPULATED that the period from the signing of this Order, up to and including the October 1, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  September 8, 2010

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       */s/ Michele Beckwith*
                              By:  Michele Beckwith
                                   Assistant U.S. Attorney

Dated: September 8, 2010

                                       Respectfully submitted,

                                       Clemente Jimenez

                                       */s/ Clemente Jimenez*
                                       CLEMENTE JIMENEZ
                                       Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 10, 2010, be continued to October 1, 2010 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best

1 | interests of the public and the defendant in a speedy trial.  It is
2 | ordered that time from the date of this Order, to and including,
3 | the October 1, 2010 status conference shall be excluded from
4 | computation of time within which the trial of this matter must be
5 | commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
6 | 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time
7 | to prepare.
8 | Dated:  September 9, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA
U.S. DISTRICT JUDGE