1  CLEMENTE M. JIMÉNEZ, SBN 207136
2  428 J Street, Suite 355
   Sacramento, CA 95814
3  (916) 443-8055

4  Attorney for Defendant
5  HUMBERTO MORAN-TORRES

6                    IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,            Case No.: 10-231 EJG

10              Plaintiff,

11                                       STIPULATION AND ORDER
                                         VACATING DATE, CONTINUING
12       v.                              CASE, AND EXCLUDING TIME

13  HUMBERTO MORAN-TORRES,               DATE:   January 21, 2011
                                         TIME:    10:00 a.m.
14              Defendant.               JUDGE:  Hon. Edward J. Garcia

15

16

17  IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18  Michael Anders, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for

19  Defendant HUMBERTO MORAN-TORRES, that the status conference scheduled for

20  January 21, 2011, at 10:00 a.m., be vacated and the matter continued to this Court's

21  criminal calendar on February 4, 2011, at 10:00 a.m. for further status conference.

22  Defense counsel seeks additional time to prepare and confer with Mr. Moran-Torres.

23       IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18

24  U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

25  (Local code T-4), and that the ends of justice served in granting the continuance and

26  allowing the defendants further time to prepare outweigh the best interests of the public

27  and the defendant to a speedy trial.

28

~2172974.doc                          - 1 -
01/20/11

1  DATED:        January 20, 2011              /S/     Michele Beckwith_____
2                                             MICHELE BECKWITH
                                              Attorney for Plaintiff
3

4                                             /S/     Clemente M. Jiménez_____
5                                             CLEMENTE M. JIMÉNEZ
                                              Attorney for Humberto Moran-Torres
6

7

8                              **ORDER**

9

10  IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled

11  for January 21, 2011, at 10:00 a.m., be vacated and the matter continued to February 4,

12  2011, at 10:00 a.m. for further status conference.  The Court finds that time under the

13  Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable

14  time to prepare.  Based on the parties' representations, the Court finds that the ends of

15  justice served by granting a continuance outweigh the best interests of the public and the

16  defendants to a speedy trial.

17  This  20th day of January, 2011

18

19                                             /s/ Edward J. Garcia_____
                                              HON. EDWARD J. GARCIA
20                                             United States District Judge

21

22

23

24

25

26

27

28

~2172974.doc                        - 2 -
01/20/11