```
BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   ) | CR. No. S-10-231 EJG |
|         Plaintiff,  )<br>   ) | |
|      v.  )<br>   ) | STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE |
| HUMBERTO MORAN-TORRES,  )<br>   aka Roberto Torres,  )<br>   ) | |
|         Defendant.  )<br>   ) | |

   IT IS HEREBY STIPULATED between the parties, the United States, represented by Assistant United States Attorney Michele Beckwith, and defendant, represented by Clemente Jimenez, that the status conference currently set for February 4, 2011 be vacated, and that the matter be re-set for status conference on February 18, 2011 at 10:00 a.m.

   Additional time is needed for defense counsel to review and analyze the discovery with the defendant and assess potential defenses in this case.  The parties agree that a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1

IT IS STIPULATED that the period from the signing of the proposed order, up to and including the February 18, 2011 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  February 2, 2011        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                */s/ Michele Beckwith*
                           By:  Michele Beckwith
                                Assistant U.S. Attorney

Dated: February 2, 2011

                                */s/ Clemente Jimenez*
                                CLEMENTE JIMENEZ
                                Attorney for Defendant


**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for February 4, 2011, be continued to February 18, 2011, at 10:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the February 18, 2011, status conference shall be excluded from computation of time within which the trial of this

2

matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: February 2, 2011

/s/ Edward J. Garcia
Hon. Edward J. Garcia
U.S. DISTRICT JUDGE