FILED
MAY 13 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Humberto Moran-Torres

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. No.: 10-231 EJG |
|---|---|
| Plaintiff, | MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO HAVE NEW COUNSEL APPOINTED |
| vs. | |
| HUMBERTO MORAN-TORRES | Date: May 13, 2011<br>Time: 10:00 a.m.<br>Court: Hon. Edward J. Garcia |
| Defendant. | |

COMES NOW undersigned appointed counsel, Clemente M. Jiménez, and respectfully requests that this Court permit him to withdraw from representation of the defendant Humberto Moran-Torres in the above-entitled matter. In addition to a complete breakdown in attorney-client communication, defense counsel believes that a conflict of interest has arisen. In support of this request, counsel declares as follows:

1. On May 9, 2011, counsel was notified via email that Mr. Moran-Torres had submitted a letter to the court, dated April 25, 2011 (ECF Document 52).

2. Within the letter to the court, Mr. Moran-Torres has accused counsel of intimidating him and wrongfully persuading him to enter a plea of guilty to the charge in the indictment.

3. Also within the letter, Mr. Moran-Torres has reiterated his request for new counsel.

- 1 -

1  4. As a result of Mr. Moran-Torres' accusations of misconduct, counsel believes that
2     a conflict of interest has now arisen, rendering continued representation of Mr.
3     Moran-Torres inappropriate.
4     FOR THESE REASONS, counsel requests this Court grant this motion and allow him
5  to withdraw from all further representation of Humberto Moran-Torres.

7  DATED:   May 11, 2011                    /s/ Clemente M. Jiménez
8                                           CLEMENTE M. JIMÉNEZ

- 2 -

ORDER

IT IS SO ORDERED, that Clemente M. Jiménez be relieved as attorney of record in the above-entitled case.

This __13__ day of May, 2011

_____
HON. EDWARD J. GARCIA
United States District Judge