

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                          RE:   **MORAN-TORES, Humberto**
                                  **Docket Number:  2:10CR00231**
                                  <u>**CONTINUANCE OF JUDGMENT**</u>
                                  <u>**AND SENTENCING; ORDER**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 14, 2011 to December 16, 2011 at 10:00 AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The defendant has requested the opportunity to withdraw some of the informal objections he provided to the probation officer during the presentence report process; and re-submit additional objections to the presentence report. It is anticipated these new objections will require some research by the probation officer in order to craft an appropriate response. The government and the defendant are in agreement with this request.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                    Respectfully submitted,

                                    **CASEY K. HORNER, SR.**
                                    **Senior United States Probation Officer**

**REVIEWED BY:**                        
                      **JEFFREY C. OESTREICHER**
                      **Supervising United States Probation Officer**

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE: **Humberto MORAN-TORRES**
    **Docket Number:   2:10CR00231**
    **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Dated:     September 23, 2011
           Sacramento, California
           JCO/mc

Attachment

cc:   Clerk, United States District Court
      United States Attorney's Office
      United States Marshal's Office
      Federal Defender (If defense counsel is court-appointed)
      Probation Office Calendar clerk

✓ **Approved**                 _____        9/26/11
                                **EDWARD J. GARCIA**
                                **Senior United States District Judge**        **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:10CR00231-001 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Humberto MORAN-TORRES | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | December 16, 2011 @ 10:00 AM |
| Reply, or Statement of Non-Opposition: | December 9, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 7, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 23, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 18, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | November 4, 2011 |