UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br> Respondent, <br> v. <br> HUMBERTO MORAN-TORRES, <br> Movant. | No. 2:10-cr-00231-TLN-EFB P (TEMP) <br><br> ORDER |

Movant, a federal prisoner proceeding pro se, has timely filed a notice of appeal of this Court's March 31, 2016, denial of his motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On April 26, 2016, the United States Court of Appeals for the Ninth Circuit remanded the matter to this Court for the limited purpose of granting or denying a certificate of appealability on movant's claims. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

For the reasons set forth in the magistrate judge's January 21, 2016 findings and recommendations, movant has not made a substantial showing of the denial of a constitutional right. Accordingly, IT IS ORDERED that:

1. The Court declines to issue a certificate of appealability in this action; and

2. The Clerk of Court is directed to forward to the Court of Appeals for the Ninth Circuit the Court record along with this order denying a certificate of appealability.

Dated: June 13, 2016

                                    Troy L. Nunley
                                    United States District Judge